Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−15411−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deshahn M. Lawrence
   1 PRIMROSE PLACE
   Riverside, NJ 08075

Social Security No.:
   xxx−xx−8559

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on May 24, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 22 − 17
Order Approving Interim Confirmation Order (related document:17 Modification of Chapter 13 Plan and Motions − Before Confirmation filed by Debtor Deshahn M. Lawrence). Payments in the amount of $383.00 per month, beginning 4/1/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/24/2019. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 24, 2019
JAN: bc

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Deshahn M. Lawrence  
       Debtor

Case No. 19-15411-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1　　User: admin　　Page 1 of 1　　Date Rcvd: May 24, 2019  
　　　　　　　　　　　Form ID: orderntc　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm　　　　+E-mail/Text: bankruptcyteam@quickenloans.com May 24 2019 23:19:44　　Quicken Loans,  
　　　　　C/O Managing Officer,　1050 Woodward Ave.,　Detroit, Mu 48226-1906  
                                                                                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2019 at the address(es) listed below:  
       Isabel C. Balboa　　ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Kevin Gordon McDonald　　on behalf of Creditor　Quicken Loans Inc. kmcdonald@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Mitchell L Chambers, Jr.　　on behalf of Debtor Deshahn M. Lawrence ecfbc@comcast.net  
       U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 4