| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>Sentry Office Plz<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Quicken Loans Inc. | |
| In Re:<br><br>  Deshahn M. Lawrence<br><br><br>Debtor(s) | Case No.:   19-15411 ABA<br><br>Chapter:   13<br><br>Hearing Date:<br><br>Judge:   Andrew B. Altenburg Jr. |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ■ Withdrawn

Matter: Notice of Mortgage Payment Change. Re: Claim #: 1 filed on March 17, 2020

Date: April 23, 2020                                        /s/Denise Carlon
                                                                         Signature

*rev. 8/1/15*